**Richard J. Ross, Plaintiff in Error, v. R. J. Ross Manufacturing Company et al., Defendants in Error.**

**Gen. No. 18,667.    (Not to be reported in full.)**

Error to the Superior Court of Cook county; the Hon. RICHARD E. BURKE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed in part, reversed in part and remanded with directions. Opinion filed November 4, 1913.

### Statement of the Case.

Bill in equity by Richard J. Ross against the R. J. Ross Manufacturing Company, a corporation, and Frank Drab, Harold Coleman and R. W. Preble, to declare void a resolution of board of directors increasing their salaries and for other relief. From a decree partially denying relief, complainant brings error.

VINCENT D. WYMAN and OTTO W. JURGENS, for plaintiff in error.

ALFRED E. BARR, for defendants in error.

MR. PRESIDING JUSTICE F. A. SMITH delivered the opinion of the court.

### Abstract of the Decision.

CORPORATIONS, § 289*—*directors cannot increase their salaries as officers.* A resolution by the majority of the board of directors of a corporation to increase their own salaries as officers is illegal and void, and a complaining stockholder need not establish the fact of the unreasonableness of the salaries.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.